# UNITED STATES DISTRICT COURT
for the

Middle District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>**CRAIG STANFORD EURY, JR.**<br>*Defendant* | )<br>)<br>) Case No.     1:14CR39-1<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     **CRAIG STANFORD EURY, JR.** ,

who is accused of an offense or violation based on the following document filed with the court:

**X** Indictment    ❐ Superseding Indictment    Information    Superseding Information    Complaint
❐ Probation Violation Petition    Supervised Release Violation Petition    Violation Notice    Order of the Court

This offense is briefly described as follows:
Conspiracy to bring aliens to the U.S. at a place other than a designated port of entry in violation of 8:1324(a)(1)(A)(v)(1) and 18:371 and 2

**\*\*Bail has been recommended by the United States Attorney in the amount of $100,000, secured by 10% and surrendered passport\*\*\***

Date:    Jan 31, 2014

John S. Brubaker, Clerk
*Issuing officer's signature*

City and state:    Greensboro, North Carolina

/s/ Jamie L. Sheets, Deputy Clerk
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ .<br><br>Date: _____<br><br>*Arresting officer's signature*<br><br>*Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                                                 Weight:

Sex:                                                                    Race:

Hair:                                                                   Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: