# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| **CRAIG STANFORD EURY, JR.** | ) |
| *Defendant* | ) |

Case No. 1:14CR39-1

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **CRAIG STANFORD EURY, JR.** ,
who is accused of an offense or violation based on the following document filed with the court:

X Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to bring aliens to the U.S. at a place other than a designated port of entry in violation of
8:1324(a)(1)(A)(v)(1) and 18:371 and 2

**\*\*Bail has been recommended by the United States Attorney in the amount of $100,000, secured by 10% and surrendered passport\*\*\***

Date: Jan 31, 2014

John S. Brubaker, Clerk
*Issuing officer's signature*

City and state: Greensboro, North Carolina

/s/ Jamie L. Sheets, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 1-31-14 , and the person was arrested on *(date)* 2-7-14
at *(city and state)* Greensboro, NC.

Date: 2/7/2014

RECEIVED
FEB 0 4 2014
U.S. Marshals Service, M/NC

*Arresting officer's signature*

PAUL M. BACKSTROM, SPECIAL AGENT
*Printed name and title*