IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>CRAIG STANFORD EURY, JR., )<br>)<br>Defendant. )<br>) | Case No. 1:14-CR-39-1 |

**NOTICE OF APPEARANCE OF ATTORNEY WES J. CAMDEN**

Attorney Wes J. Camden hereby gives notice of appearance in this matter on behalf of Craig Stanford Eury, Jr.

Respectfully submitted this 10th day of February, 2014.

/s/ Wes J. Camden
Wes J. Camden
N. C. State Bar No. 33190
wcamden@brookspierce.com

BROOKS, PIERCE, MCLENDON,
HUMPHREY & LEONARD, L.L.P.
P.O. Box 26000
Greensboro, NC 27420
(336) 373-8850

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on the following by the CM/ECF system for the Middle District of North Carolina:

 Frank J. Chut, Jr., Esq.

 Kearns Davis, Esq.

 Joshua B. Howard, Esq.

This the 10th day of February, 2014.

              /s/ Wes J. Camden
              Wes J. Camden