IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> CRAIG STANFORD EURY, JR., ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:14-CR-39-1 |

**NOTICE OF APPEARANCE OF ATTORNEY W. MICHAEL DOWLING**

Attorney W. Michael Dowling hereby gives notice of appearance in this matter on behalf of Craig Stanford Eury, Jr.

Respectfully submitted this 22nd day of April, 2015.

        /s/ W. Michael Dowling
        W. Michael Dowling
        N.C. State Bar No. 42790
        mdowling@brookspierce.com

        BROOKS, PIERCE, MCLENDON,
        HUMPHREY & LEONARD, L.L.P.
        P.O. Box 26000
        Greensboro, NC 27420
        (336) 373-8850

1

Case 1:14-cr-00039-JAB   Document 81   Filed 04/22/15   Page 1 of 2

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on the following by the CM/ECF system for the Middle District of North Carolina:

      Frank J. Chut, Jr., Esq.

This the 22nd day of April, 2015.

                                     /s/ W. Michael Dowling
                                     W. Michael Dowling

2

Case 1:14-cr-00039-JAB   Document 81   Filed 04/22/15   Page 2 of 2