IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| CRAIG STANDFORD EURY, JR. | : | 1:14CR39-1 |
| KENNETH W. WHITE | : | 1:14CR39-5 |

NOTICE PURSUANT TO RULE 902(11) OF THE FEDERAL RULES OF EVIDENCE

NOW COMES the United States of America, by and through the undersigned Assistant United States Attorney, and hereby gives notice pursuant to Defendants CRAIG STANFORD EURY, JR., KENNETH W. WHITE and this Honorable Court of the United States' intention to introduce certain bank records by certification pursuant to Rules 803(6) and 902(11) of the Federal Rules of Evidence. The bank records below were provided to the defendants through counsel in electronic form in discovery and also presented for physical inspection by counsel for Defendants EURY and WHITE in the offices of the United States Attorney in Greensboro, North Carolina, on April 17, 2015. The certification of such bank records by bank officers are attached as follows:

1. <u>Branch Bank and Trust Company</u>
   Personal Checking Account, Craig Stanford Eury, Jr. account number last four digits 4386

Checking Account, North State Governmental Affairs, account number last four digits 5927
Personal Checking Account, Susan Eury, Account number, last four digits 3975
Certificates of Authenticity, Attachment 1

2. <u>Wells Fargo</u>
   Business checking Account for ASAP, LLC, account number last four digits 3179
   Certificates of Authenticity, Attachment 2

3. <u>State Employees Credit Union</u>
   Personal Checking Account Harry Lee Wicker, Jr., account number last four digits 6298
   Personal Checking Account Kenneth White, account number last four digits 5332
   Personal Checking Account Kenneth White, account number last four digits 2151
   Certificates of Authenticity, Attachment 3

4. <u>First Bank of Vass</u>
   Checking Account Consular Solutions, Inc., account number last four digits 7892
   Personal Checking Account Harry Lee Wicker, Jr., account number last four digits 4923
   Checking Account Consular Solutions, LLC, Account number last four digits 8570
   Certificates of Authenticity, Attachment 4

This, the 22nd day of April, 2015.

    Respectfully submitted,

    RIPLEY RAND
    United States Attorney


    /S/ FRANK J. CHUT, JR.
    Assistant United States Attorney
    NCSB # 17696
    United States Attorney's Office
    Middle District of North Carolina
    P.O. Box 1858
    Greensboro, NC  27402
    Phone:  336/333-5351

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| CRAIG STANDFORD EURY, JR. | : | 1:14CR39-1 |
| KENNETH W. WHITE | : | 1:14CR39-5 |

CERTIFICATE OF SERVICE

    I hereby certify that on April 22, 2015, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kearns Davis, Esq.
Lisa S. Costner, Esq.

                                                  /S/ FRANK J. CHUT, JR.
                                                  Assistant United States Attorney
                                                  NCSB # 17696
                                                  United States Attorney's Office
                                                  Middle District of North Carolina
                                                  P.O. Box 1858
                                                  Greensboro, NC  27402
                                                  Phone:  336/333-5351