This original Certificate of Authenticity **MUST** be signed and attached to all records, <u>whether produced on paper or electronic media</u>.

### CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS
(Grand Jury subpoena number 2010R00114-43)

I, the undersigned, _Felicit Seaman_, do hereby certify and declare under penalty of perjury that I am:

employed by/associated with _BB&T_

in the position of _Branch Operations Specialist_

and by reason of my position am authorized and qualified to make this declaration.

I further declare that the documents attached hereto are original records or true copies of records of business transactions of the above-named business which:

1. were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
2. were kept in the course of regularly conducted activity;
3. were made by the regularly conducted activity as a regular practice; and
4. if not original records, are duplicates of original records.

Date of execution: _4/1/11_

Place of execution: _BB&T_

Signature: _[signature]_

1

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the

Middle District of North Carolina

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To:
BB&T
4320 Kahn Drive
Attn: Felicia Seaman
Lumberton, NC 28358

Received
Deposit Compliance

MAY 16 2011

Branch Banking and Trust Company
Lumberton

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: U.S. Courthouse<br>L. Richardson Preyer Bldg.<br>324 West Market Street<br>Greensboro, North Carolina | Date and Time: | Grand Jury Room<br>Second Floor<br>9:30 a.m.<br>May 31, 2011 |
|---|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

If you have any questions regarding this subpoena please contact Frank J. Chut, Jr., Assistant United States Attorney, collect at (336) 333-5381, upon receipt of this subpoena.

Date: May 10, 2011

CLERK OF COURT

*/s/ Jamie L. Sles*

Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:

FRANK J. CHUT, JR., Asst. U.S. Attorney
Middle District of North Carolina
P. O. Box 1858
Greensboro, NC 27402 336/333-5351

c/d 2010R00114-43
(SA Thomas)

RE: BB & T

Any and all records relating to bank account number 5290834386 in the name of Craig S. Eury Jr. and bank account number 5290833975 in the name of Susan M. Eury for the period 7/1/10 to 3/31/11. These records to include but not limited to:

1. Bank statements
2. Deposit tickets and deposit items over $1,000.00
3. Cancelled Checks over $1,000.00
4. Wire transfers both incoming and outgoing over $500.00
5. Debit memos or documents reflecting transfers between accounts



**Branch Banking and Trust Company**

Deposit Compliance
PO Box 1489
Lumberton, NC 28359

## AFFIDAVIT of BRANCH BANKING AND TRUST COMPANY

I, Patricia Cober, Deposit Specialist of Branch Banking and Trust Company, declare under penalty and to the best of my knowledge and belief:

That as an employee of Branch Banking and Trust Company, have the authority to execute this affidavit and certify to the authenticity of the records produced with this affidavit.

That the records produced herewith by Branch Banking and Trust Company are original documents or are true copies of records of a regularly conducted banking activity that:

    A. Were made by an employee with knowledge of those matters at or near the time of the occurrence of the matters as set forth in the documents;

    B. Were made and kept in the regularly conducted banking activity of Branch Banking and Trust Company personnel;

    C. Were made and kept by the regularly conducted activity of Branch Banking and Trust Company as a regular practice, on or about the time of the act or event recorded.

That the accompanying records constitute all the records demanded in connection with the subpoena served on the bank, as that demand may have been narrowed by the demanding party or the agency.

Dated: 02/07/14

                                        _Patricia Cober_
                                        Signature

                                        Patricia Cober
                                        Print Name

State of North Carolina County of Robeson

Sworn to and subscribed before me this 7th day of February, 2014.

_Jean Marie Taylor_
Notary Public

My Commission Expires 05-06-2015
                           SEAL



**Branch Banking and Trust Company**

Deposit Compliance
PO Box 1489
Lumberton, NC 28359

## AFFIDAVIT of BRANCH BANKING AND TRUST COMPANY

I, Darlene Collins, Deposit Specialist of Branch Banking and Trust Company, declare under penalty and to the best of my knowledge and belief:

That as an employee of Branch Banking and Trust Company, have the authority to execute this affidavit and certify to the authenticity of the records produced with this affidavit.

That the records produced herewith by Branch Banking and Trust Company are original documents or are true copies of records of a regularly conducted banking activity that:

    A. Were made by an employee with knowledge of those matters at or near the time of the occurrence of the matters as set forth in the documents;

    B. Were made and kept in the regularly conducted banking activity of Branch Banking and Trust Company personnel;

    C. Were made and kept by the regularly conducted activity of Branch Banking and Trust Company as a regular practice, on or about the time of the act or event recorded.

That the accompanying records constitute all the records demanded in connection with the subpoena served on the bank, as that demand may have been narrowed by the demanding party or the agency.

Dated: March 20, 2014

_____
Signature

Darlene Collins
Print Name

State of North Carolina County of Robeson

Sworn to and subscribed before me this 20th day of March, 2014.

_____
Notary Public

My Commission Expires 05-06-2015
                    SEAL

# UNITED STATES DISTRICT COURT
for the

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY



To: BB&T
PO Box 1489
Lumberton, NC 28359

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | Date and Time: |
|---|---|
| U.S. Courthouse<br>L. Richardson Preyer Bldg.<br>324 West Market Street<br>Greensboro, North Carolina | Grand Jury Room<br>Second Floor<br>9:30 a.m.<br>March 31, 2014 |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Please see attached.

If you have any questions regarding this subpoena please contact Frank J. Chut, Jr., Assistant United States Attorney, collect at (336) 333-5381, upon receipt of this subpoena.

Date: February 21, 2014

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:
FRANK J. CHUT, JR., Asst. U.S. Attorney
Middle District of North Carolina
P. O. Box 1858
Greensboro, NC 27402 336/333-5351
c/d 2010R00114-147

(SA Dawson)

RE: BB & T

Any and all records relating to bank account number 5291755927 in the name of North State Government Affairs & Consulting Services Ltd Co for the period 1/1/09 to 12/31/13. These records to include but not limited to:

1. Bank statements
2. Deposit tickets and deposit items over $1,000.00
3. Cancelled Checks over $1,000.00
4. Wire transfers both incoming and outgoing over $500.00
5. Debit memos or documents reflecting transfers between accounts